No. 81–249. CHARDON, SECRETARY OF PUBLIC EDUCATION OF PUERTO RICO, ET AL. *v.* FERNANDEZ ET AL.; CHARDON, SECRETARY OF PUBLIC EDUCATION OF PUERTO RICO, ET AL. *v.* RODRIGUEZ; CHARDON, SECRETARY OF PUBLIC EDUCATION OF PUERTO RICO, ET AL. *v.* SANTIAGO DE ORTA; CHARDON, SECRETARY OF PUBLIC EDUCATION OF PUERTO RICO, ET AL. *v.* ANGIUTA DE RIOS; CHARDON, SECRETARY OF PUBLIC EDUCATION OF PUERTO RICO, ET AL. *v.* SANCHEZ; CHARDON, SECRETARY OF PUBLIC EDUCATION OF PUERTO RICO, ET AL. *v.* SANTANA; CHARDON, SECRETARY OF PUBLIC EDUCATION OF PUERTO RICO, ET AL. *v.* PEREZ-RAMIREZ; CHARDON, SECRETARY OF PUBLIC EDUCATION OF PUERTO RICO, ET AL. *v.* ROMAN DE MOLINA; CHARDON, SECRETARY OF PUBLIC EDUCATION OF PUERTO RICO, ET AL. *v.* COLLAZO; CHARDON, SECRETARY OF PUBLIC EDUCATION OF PUERTO RICO, ET AL. *v.* GARCIA; CHARDON, SECRETARY OF PUBLIC EDUCATION OF PUERTO RICO, ET AL. *v.* LOPEZ DE FERRA; CHARDON, SECRETARY OF PUBLIC EDUCATION OF PUERTO RICO, ET AL. *v.* BELTRAN; CHARDON, SECRETARY OF PUBLIC EDUCATION OF PUERTO RICO, ET AL. *v.* CACHO DE FREYTES; and CHARDON, SECRETARY OF PUBLIC EDUCATION OF PUERTO RICO, ET AL. *v.* NAVARRO, *ante,* p. 6;

No 81–553. GORDON *v.* HEIMANN, UNITED STATES COMPTROLLER OF THE CURRENCY, ET AL.; GORDON *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL.; and GORDON *v.* SECURITIES AND EXCHANGE COMMISSION ET AL., *ante,* p. 1033;

No. 81–5410. BEHAR *v.* SOUTHEAST BANK TRUST CO., N. A., PERSONAL REPRESENTATIVE OF THE ESTATE OF BEHAR, *ante,* p. 1035;

No. 81–5456. HERRON *v.* PENDLETON, SABIAN & CRAFT ET AL., *ante,* p. 1036;

No. 81–5463. PEREA *v.* UNITED STATES, *ante,* p. 1057;

No. 81–5498. JOHNSON *v.* U. S. DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN ET AL., *ante,* p. 1088; and

No. 81–5613. IN RE BOYDEN, *ante,* p. 1051. Petitions for rehearing denied.